IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| QINBIN CHEN, | Criminal No. 1:22-cr-216 |
| Defendant. | |

ORDER DIRECTING TURNOVER OF FUNDS

WHEREAS, on September 14, 2023, a jury found the defendant guilty of one count of conspiracy to commit access device fraud, three counts of trafficking in unauthorized access devices, one count of conspiracy to commit money laundering, two counts of international promotion money laundering, and one count of aggravated identity theft.

AND WHEREAS, the Court ordered restitution in the amount of $45,368.19 to the victims and a $100 assessment on counts 1-8 ($800);

AND WHEREAS, pursuant to 18 U.S.C. §§ 3613(a) and (f), a restitution judgment may be enforced against all property and rights to property of the person upon whom the judgment is imposed;

AND WHEREAS, the U.S. Marshals Service is presently holding $582,746.68 in funds from an internal Wells Fargo Bank Account holding the balance of Wells Fargo Bank Account #2216545323 and from TD Bank Account #2430-5829488, $46,168.19 of which the Court asserts should be paid to the Clerk of the Court towards the defendant's financial obligations;

2

It is hereby ORDERED that:

The U.S. Marshals Service shall turn over the remaining funds, $46,168.19, to the Clerk of the U.S. District Court, 401 Courthouse Square, Alexandria, Virginia 22314.  The Clerk of the Court is directed to accept the remaining funds and distribute them as follows: $45,368.19 in funds for application to the defendant's restitution obligation in this case and $800.00 in funds for application to the defendant's special assessments.

_____
Honorable Rossie D. Alston
United States District Judge

Alexandria, Virginia

Dated: _____

I ask for this:

Jessica D. Aber
United States Attorney


By:     /s/ Annie Zanobini
        Annie Zanobini
        Christopher Hood
        Assistant United States Attorneys